UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA VALENZUELA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., et al.,<br><br>Defendants. | Case No.  1:23-cv-00081-EPG<br><br>ORDER REMANDING ACTION TO STATE COURT<br><br>(ECF No. 6) |

  This matter is before the Court on the parties' proposed stipulated order to remand this action to the Fresno County Superior Court. (ECF No. 6). On February 13, 2023, this action was assigned to the undersigned for all further proceedings as all parties have consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 8).

  Pursuant to the parties' proposed stipulated order (ECF No. 6), IT IS ORDERED that this action is remanded to the Fresno County Superior Court for all purposes. The Clerk of court is directed to mail a copy of this order to the Fresno County Superior Court and thereafter close the case.

IT IS SO ORDERED.

  Dated:  **February 14, 2023**       /s/ Erica P. Grosjean

                   UNITED STATES MAGISTRATE JUDGE

1